Same case below, 408 Fed. Appx. 707.

**No. 10-10941. Thelma Williams, Petitioner v. Correctional Officer Moore.**

565 U.S. 804, 132 S. Ct. 376, 181 L. Ed. 2d 5, 2011 U.S. LEXIS 6467.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit dismissed. See Rule 39.8.

**No. 10-10964. Julian Rochester, Petitioner v. South Carolina, et al.**

565 U.S. 804, 132 S. Ct. 376, 181 L. Ed. 2d 5, 2011 U.S. LEXIS 6397.

**No. 10-10979. Adrian Marion Smith, Petitioner v. John McCall, Warden, et al.**

565 U.S. 804, 132 S. Ct. 376, 181 L. Ed. 2d 5, 2011 U.S. LEXIS 6576.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit dismissed. See Rule 39.8.

Same case below, 442 Fed. Appx. 20.

**No. 10-11047. Cleveland McLean, Jr., Petitioner v. United States.**

565 U.S. 805, 132 S. Ct. 377, 181 L. Ed. 2d 5, 2011 U.S. LEXIS 6466.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit dismissed. See Rule 39.8.

Same case below, 425 Fed. Appx. 222.

**No. 10-11056. Lee Andrew Taylor, Petitioner v. Texas.**

565 U.S. 805, 132 S. Ct. 377, 181 L. Ed. 2d 5, 2011 U.S. LEXIS 6502.

October 3, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas dismissed as moot.